NICHOLAS N. MASTCHENKO, Appellant, v. THE GUARANTY TRUST COMPANY OF NEW YORK, Respondent.— Order denying plaintiff's motion for a commission to

take further testimony reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, upon authority of *Fisher* v. *Dale* (17 Johns. 343); the expense of the commission to be borne by plaintiff. Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ., concur.